# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW MEXICO

IN RE:

Alfred D. Sanchez, 3372,
and Linda J. Sanchez, 2507

    Debtor(s).                       Case No. 7 09-13618 SA

## <u>ORDER GRANTING MOTION TO COMPEL ABANDONMENT OF PROPERTY LOCATED AT 10419 VALITIERRA, NW</u>

AND NOW, this 10th day of January, 2011, upon consideration of the Motion of Johnny Trujillo to Compel Abandonment of Property, filed on December 13, 2010 (the "Motion"), notice having been mailed to all parties listed on the court's matrix in this matter on December 13, 2010, and such notice requesting that all responses and objections to the Motion be filed with within 21 days of the date of such service, plus three mailing days, and no objection or response having been filed to the Motion as of January 7, 2010, it is hereby

ORDERED, that the Motion is hereby granted, and that as a result, the real property located at 10419 Valtierra Place, SW, Albuquerque, New Mexico, 87121, is hereby abandoned by the Trustee and the estate of the above debtors.

Chief Judge James S. Starzynski
United States Bankruptcy Judge

Date entered on docket:  January 11, 2011

COPY TO:

J. Michael Norwood
Nathalie Martin
The University of New Mexico Clinical Law Program
MSC11-6070
University of New Mexico
Albuquerque, NM 87131-0001
Counsel for Mr. Trujillo

Brad Hays
4566 Corrales Rd.
Corrales, NM 87048
Counsel for the debtors

Bonnie Gandarilla
Moore, Berkson, and Gandarilla
PO Box 216
Albuquerque, NM, 87103-0216
Counsel for the trustee, Philip Montoya

Alice Nystel Page
Unites States Trustee's Office
421 Gold Ave SW, # 112
Albuquerque, NM 87102-3254